**Charles PLYMESSER, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7024.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Donald RAJKOWSKI, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7023.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Arthur J. DEUSCHLE, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7022.

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.